# In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

### NO. 09-18-00312-CV
_____

### IN THE INTEREST OF A.S.C.

**On Appeal from the 279th District Court**
**Jefferson County, Texas**
**Trial Cause No. F-230,719**

## MEMORANDUM OPINION

On August 7, 2018, appellant S.L.Z. filed a notice of appeal from the trial court's order of August 1, 2018, in a suit affecting the parent-child relationship. The trial court granted appellant's motion for new trial while the court maintained plenary power over the case. *See* Tex. R. Civ. P. 329b(e). On January 8, 2019, we notified the parties that unless our jurisdiction over the appeal was established, the appeal would be dismissed for lack of jurisdiction. No reply has been filed.

The notice of appeal invoked the Court's appellate jurisdiction to review an order that has been vacated. The Court finds it lacks jurisdiction over the appeal. Accordingly, the appeal is dismissed.

1

APPEAL DISMISSED.


                                   _____

LEANNE JOHNSON
Justice

Submitted on February 6, 2019
Opinion Delivered February 7, 2019

Before McKeithen, C.J., Horton and Johnson, JJ.